UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

)
DARNELL JAMES MARTIN,            )
    Plaintiff,                              )
                                                  )
v.                                                ) Civil No. 24-10083-LTS
                                                  )
DEPARTMENT OF CHILDREN  )
AND FAMILIES,                         )
    Defendant.                            )
                                                  )

ORDER

May 14, 2024

SOROKIN, J.

In an Order dated April 10, 2024, the Court denied without prejudice plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs ordered plaintiff to (1) either pay the $405 filing fee or file an Application to Proceed in District Court Without Prepaying Fees or Costs with a statement reporting any support he receives from a relative or next friend; and (2) file an amended complaint. Doc. No. 4. The Court informed plaintiff that failure to comply with the Order by May 8, 2024, would result in the dismissal of this action pursuant to Rule 12(h)(3) of the Federal Rules of Civil Procedure for lack of subject matter jurisdiction.

The time period for complying with the Court's Order has elapsed without any response from plaintiff. Accordingly, the Court dismisses this action pursuant to Rule 12(h)(3) of the Federal Rules of Civil Procedure for lack of subject matter jurisdiction.

SO ORDERED.

 /s/ Leo T. Sorokin
Leo T. Sorokin
United States District Judge